JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *DKiebler@GGTrialLaw.com*

Attorneys for Plaintiff Karen Black

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| KAREN BLACK, an individual, | Case No.: 2:25-cv-02063-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISMISSAL** |
| CAESARS ENTERPRISE SERVICES LLC, a Nevada limited liability company; ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Plaintiff Karen Black ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendant Caesars Enterprise Services LLC ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby stipulate and agree as follows:

1.    On February 17, 2026, the parties informed Honorable Magistrate Judge Maximiliano D. Couvillier, III that they reached a settlement prior to the Early Neutral Evaluation session scheduled for February 20, 2026.

2.    The same day, the Court issued a minute order which stated "the parties shall file dismissal papers by March 6, 2026." [ECF No. 12].

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISMISSAL

3.      The parties are in the process of drafting a formal Settlement Agreement, which provides for dismissal with prejudice of all claims and counterclaims within 30 days of settlement payment.

4.      The parties have met and conferred regarding the outstanding Settlement Agreement and agree to extending the dismissal deadline by one (1) week to March 13, 2026.

7.      Good cause exists to extend the dismissal deadline to allow completion of the settlement process.

8.      No party will be prejudiced by this brief extension.

**IT IS SO STIPULATED.**

DATED: March 6, 2026.                                    DATED: March 6, 2026.


*/s/ David C. Kiebler*                                          */s/ Taylor Buono*
Matthew T. Hale                                            Pastrick H. Hicks
David C. Kiebler                                              Taylor Buono
**GREENBERG GROSS LLP**                      **LITTLER MENDELSON, P.C.**
1980 Festival Plaza Drive, Suite 730              8474 Rozita Lee Ave. Suite 200
Las Vegas, Nevada 89135                          Las Vega, NV 89113-4700
MHale@GGTrialLaw.com                          PHicks@Littler.com
DKiebler@GGTrialLaw.com                        TBuono@Littler.com

*Attorneys for Plaintiff*                                    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: 3-10-26 _____

-2-
STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISMISSAL