Patrick H. Hicks, Esq.
Nevada Bar No. 004632
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
phicks@littler.com
tbuono@littler.com

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN BLACK,<br><br>            Plaintiff,<br><br>      v.<br><br>CAESARS ENTERPRISE SERVICES LLC, a Nevada limited liability company; ROE BUINESS ENTITIES 1 through X, inclusive,<br><br>            Defendants. | Case No. 2:25-cv-02063-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 15 |

Plaintiff, KAREN BLACK ("Plaintiff"), and Defendant, CAESARS ENTERPRISE SERVICES LLC ("Caesars" or "Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own attorneys' fees and costs.

The Parties submit the instant Stipulation pursuant to their agreement for global resolution of this action. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute or law, whether local, state or federal, in any forum that would

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

be available for the claims dismissed by this Stipulation.

Accordingly, the Parties respectfully request that the Court grant the instant Stipulation, dismiss the action with prejudice, and close the case.

**IT IS SO STIPULATED.**

Dated: March 13, 2026                                    Dated: March 13, 2026


/s/ David Kiebler                                          /s/ Taylor A. Buono
Jemma E. Dunn, Esq.                               Patrick H. Hicks, Esq.
Matthew T. Hale, Esq.                             Taylor A. Buono, Esq.
David Kiebler, Esq.                                    LITTLER MENDELSON, P.C.
GREENBERG GROSS LLP                      8474 Rozita Lee Avenue
1980 Festival Plaza Drive, Suite 730       Suite 200
Las Vegas, Nevada 89135                        Las Vegas, NV 89113.4770

Attorneys for Plaintiff                               Attorneys for Defendant
KAREN BLACK                                        CAESARS ENTERPRISE SERVICES LLC

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.


_____
UNITED STATES DISTRICT JUDGE
March 17, 2026

2

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

4906-9730-2417